In the Matter of the Petition of Irene Kohn, an Infant, by her Guardian ad Litem, Adele Kohn, Petitioner-Respondent, v. Nathan Kohn, Appellant, and Sarah Kohn, Respondent.— In a proceeding brought to compel a grandfather to support his grandchild on the ground that the parents of the child are unable to support her, order of the Domestic Relations Court of the City of New York (Family Court) reversed on the law and the facts and a new trial granted. The evidence in this record is insufficient to uphold the order requiring the grandparent to support the child. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

In the Matter of the Petition of Frieda A. Scheffmeyer, Claiming the Title to Certain Bank Accounts, the Passbooks of Which Are in the Possession of the Administrators of the Estate of Phillipine Ratz, Deceased. Elsie O. Vadersen and Louise R. Bleezarde, Individually and as Administratrices, and William H. Ratz, as Administrator, of Phillipine Ratz, Deceased, Appellants; Frieda A. Scheffmeyer, Respondent.— Order of the Surrogate's Court of Westchester county denying appellants' motion for a jury trial reversed on the law, with ten dollars costs and disbursements to appellants, payable out of the estate, and motion granted, with ten dollars costs. The record shows an issue presented as to the ownership of the bank accounts and the passbooks and the appellants are clearly entitled to the order applied for. (*Matter of Comfort*, 234 App. Div. 19.) Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur. [160 Misc. 161.]